**No. 10-8680. Corey Howard Richardson, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1584, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1846.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 422.